

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00074-CV

Lynn **FOREMAN**,
Appellant

v.

Dale **JOHNSON**,
Appellee

From the 452nd Judicial District Court, Kimble County, Texas
Trial Court No. DCV-2010-1029
Honorable Robert Hofmann, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, that portion of the trial court's judgment holding Lynn Foreman jointly and severally liable for the attorney's fees awarded to Dale Johnson is REVERSED and the cause REMANDED to the trial court for the limited purpose of determining whether Dale Johnson was entitled to bring a cross-action for declaratory relief, and which party, if any, is entitled to attorney's fees related to the prosecution of or defense of Dale Johnson's cross-action for declaratory relief.

It is ORDERED that appellant Lynn Foreman recover her costs of appeal from appellee Dale Johnson.

SIGNED December 3, 2014.

_____

Sandee Bryan Marion, Justice